UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson Jose GUERRERO-MEDINA, | Case No.: 26-cv-1433-AGS-DEB |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |
| Daniel A. BRIGHTMAN, et al., | |
| Respondents. | |

Petitioner Johnson Guerrero-Medina seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. The government submitted its "Notice of Non-Opposition to Petitioner's release in this matter" (ECF 4, at 1), and the petition is **GRANTED**. All pending deadlines and hearings are vacated, and the motion for a temporary restraining order is denied as moot.

Respondents must immediately release the petitioner from custody.

Dated:  March 11, 2026

_____
Hon. Andrew G. Schopler
United States District Judge